# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2008

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) WRIGHT, SUSAN W. | 2. Court or Organization EASTERN DISTRICT OF ARKANSAS | 3. Date of Report 05/13/2009 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) U. S. DISTRICT JUDGE (Active) | 5a. Report Type (check appropriate type) ☐ Nomination, Date ☐ Initial ☑ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2008 to 12/31/2008 |
| 7. Chambers or Office Address UNITED STATES DISTRICT COURT 600 W. CAPITOL AVE., SUITE D157-A LITTLE ROCK, AR 72201 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | Five (5) ▮▮▮ Trusts |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2009 MAY 19 A 9: 58 FINANCIAL DISCLOSURE OFFICE

**Wright_Susan_W**

| Name of Person Reporting | Date of Report |
|---|---|
| WRIGHT, SUSAN W. | 05/13/2009 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. First Amendment Center | 2/21-2/22/2008 | Nashville, TN | moot court | lodging, food, transportation |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WRIGHT, SUSAN W. | 05/13/2009 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑  NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑  NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WRIGHT, SUSAN W. | 05/13/2009 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Wachovia Brok.Acct.4 | A | Dividend | M | T | | | | | |
| 2. Wachovia Money Mkt Assets | A | Interest | K | T | | | | | |
| 3. Keystone Precious Metals | A | Dividend | J | T | | | | | |
| 4. TIAA/CREF-1 S403(b) | B | Interest | N | T | | | | | |
| 5. Regions Bank | A | Interest | K | T | | | | | |
| 6. ▆▆▆ Trust (WA2) | B | Int./Div. | N | T | | | | | |
| 7. - 3M Corp | | | | | | | | | |
| 8. - Abbott Labs | | | | | Buy | 6/19 | J | | |
| 9. - US Bank | | | | | | | | | |
| 10. - Cisco Sys Inc. | | | | | Buy | 3/12 | J | | |
| 11. - Diamonds Trust I | | | | | Buy | 7/17 | J | | |
| 12. - GM Corp | | | | | | | | | |
| 13. - Ishares Cohen & Steers Realty Majors Index Fnd | | | | | | | | | |
| 14. - Ishares Tr-Dow Jones US Indl Sector Index Fnd | | | | | | | | | |
| 15. - Ishares TR Consumer Cyclical | | | | | | | | | |
| 16. - Ishares TR S&P Midcap | | | | | | | | | |
| 17. - Dillards Cap Tr | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| WRIGHT, SUSAN W. | 05/13/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - Wachovia Money Funds | | | | | | | | | |
| 19. - Tenn Valley Auth | | | | | | | | | |
| 20. - Accenture Ltd. | | | | | | | | | |
| 21. - Altria Group Inc. | | | | | | | | | |
| 22. - Apartment Investment & Reit Management Co-A | | | | | | | | | |
| 23. - Caterpillar Inc. | | | | | | | | | |
| 24. - Chevron Corporation | | | | | Buy | 11/19 | J | | |
| 25. - Colgate-Palmolive Co. | | | | | | | | | |
| 26. - Diageo Plc | | | | | Sold | 5/24 | J | A | |
| 27. - Dominion Res Inc VA New | | | | | | | | | |
| 28. - Eli Lilly & Co | | | | | | | | | |
| 29. - Exxon Mobile Corp. | | | | | Buy | 10/2 | J | | |
| 30. - Frprt-Mcmm CPPR & Gld B | | | | | | | | | |
| 31. - General Electric Company | | | | | | | | | |
| 32. - Harrahs Entmt Inc. | | | | | | | | | |
| 33. - IDEARC Inc. | | | | | | | | | |
| 34. - International Business Machine Corp. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WRIGHT, SUSAN W. | 05/13/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - IShares Lehman 20+ Yr. Treas | | | | | | | | | |
| 36. - IShares IBoxx $ Yield | | | | | | | | | |
| 37. - IShares Inv Gr Bond ETF | | | | | | | | | |
| 38. - IShres Morning Mid Grth | | | | | | | | | |
| 39. - IShares MSCI Hong Kong Index Fd | | | | | | | | | |
| 40. - IShares MSCI Pac Ex-Japn | | | | | | | | | |
| 41. - IShares MSCI EAFE Index Fund | | | | | | | | | |
| 42. - IShares MSCI Singapore Index Fd. | | | | | | | | | |
| 43. - IShares NYSE 100 Index | | | | | | | | | |
| 44. - IShares Russell Midcap Value | | | | | | | | | |
| 45. - Ishrs Lehman MBS F-R ETF | | | | | | | | | |
| 46. - IShares S&P Midcap 400 Value Index Fd | | | | | | | | | |
| 47. - IShares S&P Small Cap 600 Value Index Fd. | | | | | | | | | |
| 48. - IShares TR Russell 2000 Value Index | | | | | | | | | |
| 49. - IShares TR 1-3 Yr Treas Index Fd | | | | | | | | | |
| 50. - Johnson & Johnson | | | | | Buy | 10/27 | J | | |
| 51. - Kraft Foods Inc. CL A | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WRIGHT, SUSAN W. | 05/13/2009 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. - Kroger Co. Comm. | | | | | Buy | 10/27 | J | | |
| 53. - Lindoln Natl Corp Ind | | | | | | | | | |
| 54. - McDonalds' Corp. | | | | | Buy | 1/25 | J | | |
| 55. - Microsoft Corp | | | | | | | | | |
| 56. - Oneok Inc New | | | | | | | | | |
| 57. - Pfizer Incorporated | | | | | | | | | |
| 58. - Philip Morris Intl Inc. | | | | | | | | | |
| 59. - Powershares Intl Divd Achievers Portfolio | | | | | | | | | |
| 60. - Regal Entertainment Grp A | | | | | | | | | |
| 61. - RPM Intl Inc. | | | | | | | | | |
| 62. - Sanofi-Aventis ADR | | | | | | | | | |
| 63. - SPDR S&P Dividend ETF | | | | | | | | | |
| 64. - Streettracks Dow Jones Euro Stoxx 50 FD | | | | | | | | | |
| 65. - Streettracks Gold Trust | | | | | | | | | |
| 66. - Technology Sector Spdr | | | | | | | | | |
| 67. - United Technologies Corp | | | | | | | | | |
| 68. - US Bancorp | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WRIGHT, SUSAN W. | 05/13/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 69.   - Vanguard Emerging Markets ETF | | | | | | | | | |
| 70.   - Vanguard Energy Etf | | | | | | | | | |
| 71.   - Verizon Communications Com | | | | | | | | | |
| 72.   - Wisdomtree DVD Top 100 Fd | | | | | | | | | |
| 73.   - Wal-Mart Stores Inc. | | | | | Buy | 10/27 | J | | |
| 74.   Regions Bank (chkg) | B | Interest | J | T | | | | | |
| 75.   Monsanto Common Stock | A | Dividend | K | T | | | | | |
| 76.   Monsanto | D | Dividend | K | T | | | | | |
| 77.   Fidelity Funds (Retirement) | | None | K | T | | | | | |
| 78.   Jonesboro AR Res Hsg & Health Care Fac | A | Interest | J | T | | | | | |
| 79.   Putnam Fnd for Gwth & Inc CLB - IRA | B | Dividend | K | T | | | | | |
| 80.   Putnam Fnd for Gwth & Inc CLB - IRA | B | Dividend | J | T | | | | | |
| 81.   Putnam Fnd for Gwth & Inc CLB | A | Dividend | J | T | | | | | |
| 82.   First Star Bank, AR | A | Interest | J | T | | | | | |
| 83.   Regions Bank | A | Interest | J | T | | | | | |
| 84.   Ing | B | Interest | K | T | | | | | |
| 85.   ▬▬▬Trust (MSDW) | A | Dividend | M | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WRIGHT, SUSAN W. | 05/13/2009 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children: see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. T.D. Williamson, Inc. C.S. (Ed.) | C | Dividend | M | T | | | | | |
| 87. Oppenheimer Main St. Fnd | A | Dividend | J | T | | | | | |
| 88. Putnam Fd. For Growth & Inc B | A | Dividend | J | T | | | | | |
| 89. Regions Bank Money Mkt acct | A | Interest | K | T | | | | | |
| 90. Steph. Select Dimensions Annuity | A | Dividend | L | T | | | | | |
| 91. Municipal Bonds (MSDW) | A | Interest | M | T | | | | | |
| 92. - Little River AR Rev Bds (refnding Ga.-Pa cific Corp) | | | | | | | | | |
| 93. - Conway Arkansas Wastewtr Rev | | | | | | | | | |
| 94. - Arkansas St Univ Rev Rfdg & Co | | | | | | | | | |
| 95. - Pulaski Cnty Arkansas Pub Facs | | | | | | | | | |
| 96. - Rogers Arkansas Sales & Use TA | | | | | | | | | |
| 97. - University of Arkansas Brd Of Trustees | | | | | | | | | |
| 98. - Baxter Cnty AR Hosp Rev Ref | | | | | | | | | |
| 99. Money Fund 1 (MSDW) | A | Interest | J | T | | | | | |
| 100. Putnam OTC Emerg Grwth T.Cl. B | A | Dividend | J | T | | | | | |
| 101. Fundamental Invester Inc | A | Dividend | J | T | | | | | |
| 102. Global Marine | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| WRIGHT, SUSAN W. | 05/13/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 103. New Perspectives Fund Inc | A | Dividend | J | T | | | | | |
| 104. Oppenheimer Main St. Fund Inc. & Grw. F .Cl. B | A | Dividend | K | T | | | | | |
| 105. Putnam Fd. for Grwth & Inc Cl B | A | Dividend | K | T | | | | | |
| 106. Washington Mutual Investers | A | Dividend | J | T | | | | | |
| 107. ▮▮ Testamentary Trust I (▮▮MSDW | B | Int./Div. | L | T | | | | | . |
| 108. - Balanced Growth Fund A (MS I) | | | | | | | | | |
| 109. - Balanced Growth Fund B (MS I) | | | | | | | | | |
| 110. - Dividend Grwth Securities A (MS1) | | | | | | | | | |
| 111. - Dividend Grwth Securities B (MS1) | | | | | | | | | |
| 112. - Strategist Fund A (MS1) | | | | | | | | | |
| 113. - Global Advantage Fd B (prev - Euro Grwth Fd B (MS1) | | | | | | | | | |
| 114. - Aggressive Equity Fd B (MS1) | | | | | | | | | |
| 115. - Strategist Fund B (MS1) | | | | | | | | | |
| 116. - AIM Cap. Dev. A | | | | | | | | | |
| 117. - Amer Gr Fd of America F | | | | | | | | | |
| 118. - Fidel Adv Dvrsfd Intl A | | | | | | | | | |
| 119. - Lazard Emerging Markets I | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WRIGHT, SUSAN W. | 05/13/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. - Phoenix Multi-Sector S/T BD A | | | | | | | | | |
| 121. - PIMCO Ttl Ret A | -- | | | | | | | | |
| 122. - RS Partners A | | | | | | | | | |
| 123. - TCW Galileo Div Focus N | | | | | | | | | |
| 124. - MS(DW) Active Asset Money Fnd | | | | | | | | | |
| 125. ▇ Testamentary Trust II ▇ MSDW) | A | Int./Div. | M | T | | | | | |
| 126. - Amer Fnds Grwth Fund of America Cl A | | | | | | | | | |
| 127. - American Funds Wash. Mut. Fds. | | | | | | | | | |
| 128. - US Treasury Note | | | | | | | | | |
| 129. - Money Fund I (MSDW) | | | | | | | | | |
| 130. ▇ Trust I (MSDW 068991-029) IV-A) HMEB | A | Interest | L | T | | | | | |
| 131. - Activision Inc. | | | | | | | | | |
| 132. - Amphenol Corp. New Cl.A | | | | | Buy | 11/1 | J | | |
| 133. - Baker-Hughes Inc | | | | | | | | | |
| 134. - Bank of America Corp | | | | | | | | | |
| 135. - Caterpillar | | | | | | | | | |
| 136. - Citrix Systems Inc. | | | | | Buy | 11/1 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WRIGHT, SUSAN W. | 05/13/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. - CVS/Caremark RX (merger) | | | | | | | | | |
| 138. - Danaher Corporation | | | | | | | | | |
| 139. - Devon Energy | | | | | | | | | |
| 140. - El Paso Corporation | | | | | Buy | 11/1 | J | | |
| 141. - Ebay Inc | | | | | Sold | 10/1 | J | A | |
| 142. - El Paso Corporation | | | | | | | | | |
| 143. - Embarq Corp. | | | | | Sold | 10/1 | J | A | |
| 144. - Johnson & Johnson | | | | | | | | | |
| 145. - JP Morgan Chase & Co. | | | | | Buy | 11/1 | J | | |
| 146. - NII Holdings, Inc. | | | | | | | | | |
| 147. - Noble Corporation | | | | | Buy | 11/1 | J | | |
| 148. - Oracle Corporation | | | | | | | | | |
| 149. - Polo Ralph Lauren | | | | | | | | | |
| 150. - Praxair Inc | | | | | | | | | |
| 151. - Procter & Gamble Company | | | | | | | | | |
| 152. - Qualcomm Inc. | | | | | | | | | |
| 153. - Republic Services | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| WRIGHT, SUSAN W. | 05/13/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. - Royal Caribbean Cruises Ltd | | | | | Sold | 4/29 | J | A | |
| 155. - Smith International Inc. | | | | | Sold | 4/29 | J | A | |
| 156. - Sprint Nextel | | | | | Sold | 3/11 | J | A | |
| 157. - Staples, Inc. | | | | | | | | | |
| 158. - Teva Pharmaceuticals Inds Adr | | | | | | | | | |
| 159. - TD Ameritrade Holding Corp | | | | | | | | | |
| 160. - TXU Corp | | | | | Sold | 4/29 | J | A | |
| 161. - United Health Group Inc | | | | | Sold | 4/29 | J | A | |
| 162. - Yahoo Inc. | | | | | Sold | 3/11 | J | A | |
| 163. - Seagate Technology Hldgs. | | | | | Sold | 4/3 | J | A | |
| 164. - US Treasury Note | | | | | | | | | |
| 165. Washington Mutual Inv Fd (IRA) | A | Dividend | J | T | | | | | |
| 166. Equity Inc. Fd. Sel. Ten 97 Ser. A (IRA) | A | Dividend | J | T | | | | | |
| 167. Fundamental Investor Inc (IRA) | A | Dividend | J | T | | | | | |
| 168. New Perspective Fd. Inc (IRA | A | Dividend | J | T | | | | | |
| 169. Putnam Fd. for Grwth & Inc Cl B (IRA) | C | Dividend | J | T | | | | | |
| 170. Bristol-Myers Squibb | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 14 of 26

Name of Person Reporting

WRIGHT, SUSAN W.

Date of Report

05/13/2009

## VII. INVESTMENTS and TRUSTS — _income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 171.  Steph. Eq. Tr. Sel. 10 Ind | A | Dividend | J | T | | | | | |
| 172.  Steph. Eq. Tr. Comp. Edge Best Ideas | A | Dividend | J | T | | | | | |
| 173.  Steph. Div. Growth B | A | Dividend | J | T | | | | | |
| 174.  Steph. Bal. Growth C | A | Dividend | L | T | | | | | |
| 175.  John Hancock Fin. Ind. Fd. C1a | A | Dividend | J | T | | | | | |
| 176.  Tarrant Cnty. TX Hlth. Facs Dev Corp | A | Dividend | J | T | | | | | |
| 177.  ML PFD Cap. Trust III | A | Dividend | J | T | | | | | |
| 178.  Brokerage Acct (WA5) Trust | A | Int./Div. | M | T | | | | | |
| 179.  - Wells Fargo Company | | | | | | | | | |
| 180.  - Naveen Municipal Value F | | | | | | | | | |
| 181.  - Naveen Insured Tax Free | | | | | | | | | |
| 182.  - Evergreen Intl Tr Prec Metals Fnd C1 A M F | | | | | | | | | |
| 183.  - Coach | | | | | | | | | |
| 184.  - Diamonds Trust | | | | | | | | | |
| 185.  Brokerage Acct.WA7 (IRA) | A | Int./Div. | M | T | | | | | See Note 1. |
| 186.  - Tarrant Cnty Tex Health Facs Dev Corp Hlth Sys (muni) | | | | | | | | | |
| 187.  -IShares Tr S&P Midcap 400 Index | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WRIGHT, SUSAN W. | 05/13/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. - IShares Tr S&P 500 Index Fd. | | | | | | | | | |
| 189. - Merrill Lynch Pfd Cap | | | | | | | | | |
| 190. - Advent Software Inc. (Y) | | | | | | | | | |
| 191. - Affiliated Managers (Y) | | | | | | | | | |
| 192. - Alberto-Culver Co Cl B (Y) | | | | | | | | | |
| 193. - Alcan Inc. (Y) | | | | | | | | | |
| 194. - Amazon Com Inc. (Y) | | | | | | | | | |
| 195. - Ambac Finl Group Inc. (Y) | | | | | | | | | |
| 196. - Amer Intl Group Inc. (Y) | | | | | | | | | |
| 197. - American Medical Sys *(Y) | | | | | | | | | |
| 198. - Amgen Inc. (Y) | | | | | | | | | |
| 199. - Amphenol Corp New (Y) | | | | | | | | | |
| 200. - Ametek Inc. (Y) | | | | | | | | | |
| 201. - Anadarko Petroleum Corp. (Y) | | | | | | | | | |
| 202. - Ansys Inc. (Y) | | | | | | | | | |
| 203. - Aracruz Celulose SA Adr (Y) | | | | | | | | | |
| 204. - Autodesk Inc. (Y) | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WRIGHT, SUSAN W. | 05/13/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. - AXA-ADR (Y) | | | | | | | | | |
| 206. - BHP Billiton Ltd (Y) | | | | | | | | | |
| 207. - Ball Corp (Y) | | | | | | | | | |
| 208. - Bard C R Inc. (Y) | | | | | | | | | |
| 209. - Bed Bath & Beyond Inc. (Y) | | | | | | | | | |
| 210. - Biogen Idec Inc. (Y) | | | | | | | | | |
| 211. - Blackrock Inc. (Y) | | | | | | | | | |
| 212. - Bright Horizons Family (Y) | | | | | | | | | |
| 213. - British Amern Tob Plc (Y) | | | | | | | | | |
| 214. - Brookfield Asset Mgmt. (Y) | | | | | | | | | |
| 215. - Brown & Brown Inc Com (Y) | | | | | | | | | |
| 216. - C D W Corp. (Y) | | | | | | | | | |
| 217. - Canadian Pacific Railway (Y) | | | | | | | | | |
| 218. - Cablevision Sys NY Grp A (Y) | | | | | | | | | |
| 219. - Cadbury Schweppes PLC (Y) | | | | | | | | | |
| 220. - CDA Natural Res Ltd (Y) | | | | | | | | | |
| 221. - Canadian Natl Ry Co (Y) | | | | | | | | | |

1. Income Gain Codes:     A =$1,000 or less     B =$1,001 - $2,500     C =$2,501 - $5,000     D =$5,001 - $15,000     E =$15,001 - $50,000
(See Columns B1 and D4)     F =$50,001 - $100,000     G =$100,001 - $1,000,000     H1 =$1,000,001 - $5,000,000     H2 =More than $5,000,000
2. Value Codes     J =$15,000 or less     K =$15,001 - $50,000     L =$50,001 - $100,000     M =$100,001 - $250,000
(See Columns C1 and D3)     N =$250,001 - $500,000     O =$500,001 - $1,000,000     P1 =$1,000,001 - $5,000,000     P2 =$5,000,001 - $25,000,000
     P3 =$25,000,001 - $50,000,000     P4 =More than $50,000,000
3. Value Method Codes     Q =Appraisal     R =Cost (Real Estate Only)     S =Assessment     T =Cash Market
(See Column C2)     U =Book Value     V =Other     W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| WRIGHT, SUSAN W. | 05/13/2009 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. - Charming Shoppes Inc. (Y) | | | | | | | | | |
| 223. - Cisco Sys Inc. (Y) | | | | | | | | | |
| 224. - Coca Cola Company (Y) | | | | | | | | | |
| 225. - Cohen & Steers Advnig (Y) | | | | | | | | | |
| 226. - Comcast Corp Cl A Spl (Y) | | | | | | | | | |
| 227. - Companhia Vale Do Rio (Y) | | | | | | | | | |
| 228. - Cooper Industries Ltd (Y). | | | | | | | | | |
| 229. - Core Laboratories Ltd. (Y) | | | | | | | | | |
| 230. - Cree Inc. (Y) | | | | | | | | | |
| 231. - DadeBehring Inc. (Y) | | | | | | | | | |
| 232. - Dell Inc. (Y) | | | | | | | | | |
| 233. - Dent Sply Intl Inc. New (Y) | | | | | | | | | |
| 234. - Disney Walt Company (Y) | | | | | | | | | |
| 235. - Dolby Laboratories Inc-A (Y) | | | | | | | | | |
| 236. - Dril-Quip Inc. (Y) | | | | | | | | | |
| 237. - Dun & Bradstreet Corp.(Y) | | | | | | | | | |
| 238. - Edwards Lifescience Corp. (Y) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WRIGHT, SUSAN W. | 05/13/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. - Electronic Arts Inc. (Y) | | | | | | | | | |
| 240. - Ensign Energy Services (Y) | | | | | | | | | |
| 241. - FMC Technologies Inc. (Y) | | | | | | | | | |
| 242. - Forest Labs Inc. (Y) | | | | | | | | | |
| 243. - Forest Oil Corp New (Y) | | | | | | | | | |
| 244. - Genentec Inc. (Y) | | | | | | | | | |
| 245. - General Electric Company (Y) | | | | | | | | | |
| 246. - Genzyme Corporation (Y) | | | | | | | | | |
| 247. - GlobalSantaFe Corp. (Y) | | | | | | | | | |
| 248. - Grant Prideco Inc. (Y) | | | | | | | | | |
| 249. - Groupe Dantone Spons ADR (Y) | | | | | | | | | |
| 250. - HCC Ins Hldgs Inc. (Y) | | | | | | | | | |
| 251. - Harman Intl Inds Inc New (Y) | | | | | | | | | |
| 252. - Home Depot Inc. (Y) | | | | | | | | | |
| 253. - Hunt J B Trans Svc Inc. (Y) | | | | | | | | | |
| 254. - Ipsco Inc. (Y) | | | | | | | | | |
| 255. - Inco Ltd. (Y) | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WRIGHT, SUSAN W. | 05/13/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. - Ingersoll Rand Co Cl A (Y) | | | | | | | | | |
| 257. - Intel Corp. (Y) | | | | | | | | | |
| 258. - IAC/Interactive Corp. (Y) | | | | | | | | | |
| 259. - Interactive Data Corp. (Y) | | | | | | | | | |
| 260. - John Wiley & Sons Inc. (Y) | | | | | | | | | |
| 261. - Johnson & Johnson (Y) | | | | | | | | | |
| 262. - BAE Systems Place (Y) | | | | | | | | | |
| 263. - Kronos Inc. (Y) | | | | | | | | | |
| 264. - Laboratory Corp of Amer. (Y) | | | | | | | | | |
| 265. - Lazard Ltd. (Y) | | | | | | | | | |
| 266. - Lehman Brothers Hldgs.(Y) | | | | | | | | | |
| 267. - Liberty Global Inc Ser A (Y) | | | | | | | | | |
| 268. - Liberty Media Corp. A (Y) | | | | | | | | | |
| 269. - Linear Technology Corp (Y) | | | | | | | | | |
| 270. - L-3 Communications Hldgs. (Y) | | | | | | | | | |
| 271. - Manpower Inc. Wisconsin (Y) | | | | | | | | | |
| 272. - Manu-Life Finl Corp. (Y) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| WRIGHT, SUSAN W. | 05/13/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. - Mariner Energy Inc. (Y) | | | | | | | | | |
| 274. - Maxtor Corp. (Y) | | | | | | | | | |
| 275. - Merrill Lynch & Co Inc. (Y) | | | | | | | | | |
| 276. - Micros Sys Inc. (Y) | | | | | | | | | |
| 277. - Micron Technology Inc. (Y) | | | | | | | | | |
| 278. - Microsoft Corp. (Y) | | | | | | | | | |
| 279. - Millennium Pharmaceuticals (Y) | | | | | | | | | |
| 280. - Navteq Corp. (Y) | | | | | | | | | |
| 281. - NU Hldgs Inc Cl B (Y) | | | | | | | | | |
| 282. - Nabors Industries Inc. (Y) | | | | | | | | | |
| 283. - Nestles A Reg ADR (Y) | | | | | | | | | |
| 284. - Noble Corp. (Y) | | | | | | | | | |
| 285. - Novartis AG (Y) | | | | | | | | | |
| 286. - Neustar Inc. Class A (Y) | | | | | | | | | |
| 287. - Pall Corp. (Y) | | | | | | | | | |
| 288. - Partnerre Ltd. (Y) | | | | | | | | | |
| 289. - Pentair Inc. (Y) | | | | | | | | | |

1. Income Gain Codes:
(See Columns B1 and D4)
2. Value Codes
(See Columns C1 and D3)
3. Value Method Codes
(See Column C2)

A =$1,000 or less
F =$50,001 - $100,000
J =$15,000 or less
N =$250,001 - $500,000
P3 =$25,000,001 - $50,000,000
Q =Appraisal
U =Book Value

B =$1,001 - $2,500
G =$100,001 - $1,000,000
K =$15,001 - $50,000
O =$500,001 - $1,000,000

R =Cost (Real Estate Only)
V =Other

C =$2,501 - $5,000
H1 =$1,000,001 - $5,000,000
L =$50,001 - $100,000
P1 =$1,000,001 - $5,000,000
P4 =More than $50,000,000
S =Assessment
W =Estimated

D =$5,001 - $15,000
H2 =More than $5,000,000
M =$100,001 - $250,000
P2 =$5,000,001 - $25,000,000

T =Cash Market

E =$15,001 - $50,000

| Name of Person Reporting | Date of Report |
|---|---|
| WRIGHT, SUSAN W. | 05/13/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290.  - Pepsico Incorporated (Y) | | | | | | | | | |
| 291.  - Pfizer Incorporated (Y) | | | | | | | | | |
| 292.  - Potash Corp of Sask Inc (Y) | | | | | | | | | |
| 293.  - Procter & Gamble Co. (Y) | | | | | | | | | |
| 294.  - Protective Life Corp. (Y) | | | | | | | | | |
| 295.  - Precision Drilling Trus (Y)t | | | | | | | | | |
| 296.  - Rio Tinto Plc (Y) | | | | | | | | | |
| 297.  - Rogers Communications B (Y) | | | | | | | | | |
| 298.  - RWE Agktifingsellschaft(Y) | | | | | | | | | |
| 299.  - Sandisk Corp. (Y) | | | | | | | | | |
| 300.  - Schlumberger Ltd. (Y) | | | | | | | | | |
| 301.  - Scotts Miracle-Gro Co (Y) | | | | | | | | | |
| 302.  - Suncor Energy Inc. (Y) | | | | | | | | | |
| 303.  - TJX Cos Inc New (Y) | | | | | | | | | |
| 304.  - Talisman Energy Inc. (Y) | | | | | | | | | |
| 305.  - Teck Comenco Ltd Cl B (Y) | | | | | | | | | |
| 306.  - Tellabs Inc. (Y) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| WRIGHT, SUSAN W. | 05/13/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. - Temaris S A Adr (Y) | | | | | | | | | |
| 308. - Tex Instruments Inc. (Y) | | | | | | | | | |
| 309. - Tiffany & Co New (Y) | | | | | | | | | |
| 310. - Time Warner Inc. (Y) | | | | | | | | | |
| 311. - Trans-Ocean Inc. (Y) | | | | | | | | | |
| 312. - Trican Well Service (Y) | | | | | | | | | |
| 313. - Tyco Intl Ltd New (Y) | | | | | | | | | |
| 314. - UBS Ag Reg (Y) | | | | | | | | | |
| 315. - UnitedHealth Group (Y) | | | | | | | | | |
| 316. - Vail Resorts Inc. (Y) | | | | | | | | | |
| 317. - Varian Semiconductor (Y) | | | | | | | | | |
| 318. - Waste Connections, Inc. (Y) | | | | | | | | | |
| 319. - Weatherford Intl Ltd. (Y) | | | | | | | | | |
| 320. - Wrigley Wm Jr. Co. (Y) | | | | | | | | | |
| 321. - Wrigley Wm Jr. Co. Cl B (Y) | | | | | | | | | |
| 322. - XTO Energy Inc. (Y) | | | | | | | | | |
| 323. - Yahoo Inc. (Y) | | | | | | | | | |

1. Income Gain Codes:        A =$1,000 or less       B =$1,001 - $2,500        C =$2,501 - $5,000         D =$5,001 - $15,000        E =$15,001 - $50,000
(See Columns B1 and D4)     F =$50,001 - $100,000   G =$100,001 - $1,000,000  H1 =$1,000,001 - $5,000,000  H2 =More than $5,000,000
2. Value Codes               J =$15,000 or less      K =$15,001 - $50,000       L =$50,001 - $100,000      M =$100,001 - $250,000
(See Columns C1 and D3)      N =$250,001 - $500,000  O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
                             P3 =$25,000,001 - $50,000,000                      P4 =More than $50,000,000
3. Value Method Codes        Q =Appraisal            R =Cost (Real Estate Only)  S =Assessment             T =Cash Market
(See Column C2)              U =Book Value           V =Other                   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| WRIGHT, SUSAN W. | 05/13/2009 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324. - Yara International ASA (Y) | | | | | | | | | |
| 325. - Money Market (Wachovia Securities) | | | | | | | | | |
| 326. - US Treas Note | | | | | | | | | |
| 327. - Fed Natl Mtg Assn Bonds | | | | | | | | | |
| 328. - Fed Natl Mtg Assn Notes | | | | | | | | | |
| 329. - Fed Home Loan Mtg Notes | | | | | | | | | |
| 330. - US Treas Bonds | | | | | | | | | |
| 331. - US Treas Bonds | | | | | | | | | |
| 332. - US Treas Inflation Index Notes | | | | | | | | | |
| 333. - Treasury Inflation Index | | | | | | | | | |
| 334. - Treasury Inflation Index CPN | | | | | | | | | |
| 335. - Pimco Fixed Income Shares Series C | | | | | | | | | |
| 336. - Pimco Advisors Fxd Inc. Series M | | | | | | | | | |
| 337. - Powershares Aerospace & Defense Portfolio | | | | | | | | | |
| 338. WA Brok.3 (REW) | A | Int./Div. | L | T | | | | | |
| 339. WA Brok. Acct. 1 (IRA) | A | Int./Div. | N | T | | | | | |
| 340. WA Brok.Acct.6 | A | Int./Div. | N | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WRIGHT, SUSAN W. | 05/13/2009 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 341.  WA Brok. Acct.8 (NEW)KW Ed.Fd.4446 | A | Int./Div. | J | T | Open | 6/10 | J | | |
| 342.  TIAA-CREF (REW) | A | Int./Div. | L | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| V RIGHT, SUSAN W. | 05/13/2009 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Note 1. Part VII,page 14, lines 190 through 324 sold and proceeds (not reportable) added into account at Line 185 per instructions of Committee staff.

| Name of Person Reporting | Date of Report |
|---|---|
| V RIGHT, SUSAN W. | 05/13/2009 |

| Name of Person Reporting | Date of Report |
|---|---|
| WRIGHT, SUSAN W. | 05/13/2009 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signat

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544